# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-3186
_____

DEMETRIUS RASHAD MASON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.


April 16, 2025


PER CURIAM.

The Court dismisses the petition alleging ineffective assistance of appellate counsel as impermissibly successive. *See* Fla. R. App. P. 9.141(d)(6)(C).

OSTERHAUS, C.J., and ROBERTS and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Demetrius Rashad Mason, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.